UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael S. Parker, et al.

    v.                             Civil No. 03-312-JD

Custom Leather Canada Limited
d/b/a Grizzly Fitness
Accessories, et al.


FINAL ORDER

    A default having been entered against defendant Phyzex Technologies, Inc., the court hereby enters the following final order:

    1.  The grip assist products sold by Phyzex Technologies, Inc., under the name "Pro-Grippers" are hereby declared to infringe United States Patent No. 5,813,950.

    2.  Phyzex Technologies, Inc., including its officers, agents, employees, attorneys, and those in active concert or participation with them, and any successors and assigns thereof, shall be and are hereby enjoined from making, using, selling, or offering to sell in the United States, or importing into the United States, products encompassed by United States Patent No. 5,813,950, until the expiration of said patents or unless or until the injunction is modified or terminated.  This prohibition specifically covers the products sold by Phyzex Technologies, Inc., and under the name "Pro-Grippers," together with any grip

assist products that are similarly infringing because they are essentially identical, i.e. equivalent, to grip assist products sold under the name "Pro-Grippers."

    3.  The plaintiffs shall serve a copy of this order on Phyzex Technologies, Inc.

    SO ORDERED.

                                                  _____
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

December 10, 2004

cc:  Michael J. Persson, Esquire