```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF N.H.
                                                           FILED

                                                    DEC 10   1 45 PM '04
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Michael S. Parker, et al.

    v.                                  Civil Action No.C.03-312-JD

Phyzex Technologies, Inc., et al.


### JUDGMENT

In accordance with the following, judgment is hereby entered: Notice of Voluntary Dismissal filed January 21, 2004, Stipulation of Dismissal filed November 23, 2004, and the Final Order by United States District Judge Joseph A. DiClerico, Jr. filed this date.


                                                  By the Court,

                                                 James R. Starr, Clerk

December 10, 2004

cc:    Michael J. Persson, Esq.
        Irvin D. Gordon, Esq.
        Laura Carroll, Esq.